```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

DANNY G. NIX, et al.,            :
                                 :
          Plaintiffs,            :    CIVIL ACTION NO.
                                 :
v.                               :    1:11-CV-773-HTW
                                 :
FOCUS RECEIVABLES MANAGEMENT,    :
LLC.,                            :
                                 :
          Defendant.             :
```

## ORDER OF COURT

This matter is currently pending before this court on a possible settlement of this case. Defendant's counsel has advised this Court that this matter is currently having settlement offers which may likely resolve all matters in controversy and allow this action to be dismissed with prejudice.

IT IS THEREFORE SO ORDERED that the Clerk administratively terminate this action without prejudice with the right of the parties to reopen the proceedings within **60 days** for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

SO ORDERED, this __24th__ day of May, 2011.

s/*HORACE T. WARD*
HORACE T. WARD, SENIOR JUDGE
UNITED STATES DISTRICT COURT